UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-6348-E | Date | November 10, 2026 |
| Title | WALTER ARMANDO BENITEZ v. FERETI SEMAIA, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

On October 27, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus" ("the Petition") and "Petitioner's Motion for Temporary Restraining Order." On October 30, 2026, the Court granted Petitioner on an interim basis some of the relief sought in the Petition, including release from detention. On October 30, 2026, ICE reportedly released Petitioner from detention.

It is ordered that, within seven (7) days of the date of this Order, the parties shall show good cause, if there be any, why the Court should not enter a final judgment granting the relief granted to Petitioner on an interim basis in the October 30, 2026 Order, and otherwise dismissing the Petition without prejudice. Failure timely to respond to this Order may be deemed consent to the entry of such a final judgment.

cc: All Counsel of Record

Initials of Deputy Clerk bm