**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER ARMANDO BENITEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ETC., ET AL.,<br>Respondents. | No. ED CV 26-6348-E<br><br>ORDER FOR ENTRY OF JUDGMENT |

On October 27, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus" ("the Petition") and a "Motion for Temporary Restraining Order." On October 30, 2026, the Court granted Petitioner on an interim basis some of the relief sought in the Petition, specifically: immediate release from detention, subject to reasonable conditions; and an order enjoining Respondents "from further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable [risk] of flight." On October 30, 2026, ICE released Petitioner from detention.

///

///

On November 10, 2026, the Court ordered that, on or before November 17, 2026, the parties "show good cause, if there be any, why the Court should not enter a final judgment granting the relief granted to Petitioner on an interim basis in the October 30, 2026 Order, and otherwise dismissing the Petition without prejudice." The November 10, 2026 Order cautioned that "[f]ailure timely to respond to this Order may be deemed consent to the entry of such a final judgment."

On November 17, 2026, Petitioner timely filed a "Notice of Non-Opposition to the Court's Order to Show Cause, etc." Respondents did not file any timely response to the November 10, 2026 Order.

For the reasons stated herein, as well as the reasons stated in the October 30, 2026 Order and the November 10, 2026 Order, the Petition is granted in part. A final judgment will issue granting the relief the Court previously granted to Petitioner on an interim basis.[1]

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 18, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

[1] Petitioner has failed to demonstrate that any additional or different habeas relief is appropriate.