JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER ARMANDO BENITEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, ETC., ET AL.,<br>Respondents. | No. ED CV 26-6348-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," the Petition is granted in part, and (1) Respondents shall continue Petitioner's release, subject to reasonable conditions; and (2) Respondents are enjoined from further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable risk of flight.

DATED: November 18, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE